IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSICA LANE WHITE                                                               PLAINTIFF

V.                                    CIVIL ACTION NO.: 1:21-CV-57-SA-RP

KILOLO KIJAKAZI, Acting
Commissioner of the Social Security Administration                 DEFENDANT

ORDER REMANDING CASE

The Defendant has filed an unopposed Motion to Remand [10], requesting "voluntary remand of the above-referenced cause for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)." In the supporting Memorandum [11], the Defendant explained that "[i]n the course of preparing the certified administrative record for review of Plaintiff's case, the agency's court case preparation branch foudnt hat a proper recording of the telephonic administrative hearing was not available." [11] at p. 1.

Having reviewed the Motion [10] and considering that the Plaintiff does not oppose the request, the Court finds it to be well-taken. The Motion [10] is GRANTED. This case is hereby REMANDED pursuant to 42 U.S.C. § 405(g). The Clerk of Court is directed to take all steps necessary to accomplish this remand. This CASE is CLOSED.

SO ORDERED, this the 16th day of September, 2021.

                                                        /s/ Sharion Aycock
                                               UNITED STATES DISTRICT COURT JUDGE